96 So.2d 312

Willie **WALTON**

v.

**STATE.**

8 Div. 908.

Supreme Court of Alabama.

June 20, 1957.

Powell & Powell, Decatur, for petitioner.

John Patterson, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Willie Walton for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Walton v. State, 96 So.2d 311.

Writ denied.

LAWSON, GOODWYN and COLEMAN, JJ., concur.